**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-60220
Summary Calendar

GEORGE DUNBAR PREWITT, JR.,

Plaintiff-Appellant,

VERSUS

LUTHER ALEXANDER, In his official capacity as a member of the Washington county Board of Supervisors, Washington County, Mississippi, ET AL.

Defendants,

LUTHER ALEXANDER, In his official capacity as a member of the Washington County Board of Supervisors, Washington County, Mississippi; JAMIE MCGOWIN, In his official capacity as a member of the Washington County Board of Supervisors, Washington County, Mississippi; ALFRED RANKINS, In his official capacity as a member of the Washington County Board of Supervisors, Washington County, Mississippi; LON PEPPER, In his official capacity as a member of the Washington County Board of Supervisors, Washington County, Mississippi; ELSIE ABRAHAM, In her official capacity as a member of the Washington County Board of Supervisors, Washington County, Mississippi; GEORGE T. KELLY, JR.; JEROME HAFTER; ANDREW ALEXANDER; MISSISSIPPI POWER & LIGHT COMPANY,

Defendants-Appellees.

Appeal from the United States District Court
For the Northern District of Mississippi
(4:94-CV94-B)

April 28, 1997

1

Before JONES, DeMOSS and PARKER, Circuit Judges.


PER CURIAM:[*]

Finding that the district court did not abuse its discretion in awarding attorney fees and sanctions against Appellant George Dunbar Prewitt, Jr., we affirm. *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384 (1990); *Thomas v. Capital Security Services, Inc.,* 836 F.2d 866 (5th Cir. 1988).

It is ORDERED that appellant's motion to supplement the appellant's brief and reply brief by raising the jurisdictional issue of standing of Jane Virden is DENIED.

AFFIRMED. MOTION DENIED.

   [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.